UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARITAS MEDICAL CENTER, et al., )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>U.S. Department of Health and Human Services, )<br>)<br>Defendant. )<br>_____) | Civil Action No._____ |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for plaintiffs, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of any plaintiffs which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Christopher L. Keough
DC Bar No. 436567
VINSON & ELKINS L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004-1008
(202) 639-6500 (phone)
(202) 639-6604 (fax)

Date: October 19, 2007

DC 717034v1