IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARITAS MEDICAL CENTER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, United )<br>States Department of Health and Human )<br>Services, )<br>)<br>Defendant. ) | Civil Action No. 1:07-CV-01889 (RMU) |

**ATTORNEY APPEARANCE**

    Undersigned counsel, Amy E. Powell, hereby enters her appearance as counsel for the defendant in the above-captioned case.

Dated: December 11, 2007

    Respectfully submitted,

    JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General

    JEFFREY A. TAYLOR
    United States Attorney

    SHEILA LIEBER
    Deputy Director
    Federal Programs Branch

    /s/
    AMY E. POWELL
    Attorney (NY Bar)
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue, N.W.
    Washington, D.C. 20530
    Telephone: (202) 514-9836
    Facsimile: (202) 616-8202
    Email: amy.powell@usdoj.gov