IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARITAS MEDICAL CENTER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, United )<br>States Department of Health and Human )<br>Services, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-CV-01889 (RMU) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT**

Defendant Michael O. Leavitt, Secretary of Health and Human Services, through undersigned counsel, respectfully moves for an extension of time, up to and including January 11, 2008, to file his response to the complaint. Defendant's response to the complaint is currently due on December 18, 2007, pursuant to Federal Rule of Civil Procedure 12(a)(3). This is Defendant's first request for an extension of time to file a response in the present case, and the requested extension is supported by good cause, including the need to obtain an administrative record, the complexity of the issues, and the intervening holidays. The extension does not affect any other existing deadlines. Undersigned counsel has consulted with plaintiffs' counsel, who has no objection to Defendant's request for an extension of time.

Dated: December 12, 2007

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA LIEBER
Deputy Director
Federal Programs Branch

/s/ _____
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARITAS MEDICAL CENTER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-01889 (RMU) |
| ) | |
| MICHAEL O. LEAVITT, Secretary, United ) | |
| States Department of Health and Human ) | |
| Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER**

This matter is before the Court on an Unopposed Motion for an Extension of Time in which to Respond to the Complaint. Upon due consideration of the Defendant's submission, it is hereby:

ORDERED that, the Motion for an Extension of Time in which to Respond to the Complaint, is GRANTED; and it is further

ORDERED that Defendant file a response to the Complaint on or before January 11, 2008.

SIGNED and ENTERED this ___ day of _____, 2007.

_____
U.S. DISTRICT JUDGE RICARDO M. URBINA