**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CARITAS MEDICAL CENTER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-CV-01889 (RMU) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) | |

|  |  |  |
|---|---|---|
| BAPTIST MEMORIAL HOSPITAL-MISSISSIPPI COUNTY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-CV-02197 (RMU) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) | |

|  |  |  |
|---|---|---|
| CHIPPEWA VALLEY HOSPITAL & OAKVIEW CARE CENTER, INC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-CV-2329 (RMU) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**MOTION TO SET A BRIEFING SCHEDULE**

Counsel for all parties in the above-captioned matters have conferred and hereby move the Court to set the schedule for consolidated briefing, as proposed in our joint status report of January 31, 2008.  The proposed schedule is slightly different than the originally proposed schedule.  It would govern three dockets: *Caritas Medical Center v. Leavitt*, No. 07-cv-1889; *Baptist Memorial Hospital - Mississippi County, Inc. v. Leavitt*, No. 07-cv-2197 ("*Baptist Memorial*"); and *Chippewa Valley Hospital & Oakview Care Center, Inc. v. Leavitt*, No. 07-cv-2329 ("*Chippewa Valley*")[1]:

| | |
|---|---|
| June 2, 2008 | Plaintiffs will file a motion for summary judgment |
| August 4, 2008 | Defendant will file an opposition to plaintiffs' motion and a cross-motion for summary judgment. |
| September 15, 2008 | Plaintiffs will file a reply in support of its motion and an opposition to defendant's cross-motion. |
| November 3, 2008 | Defendant will file a reply in support of its cross-motion. |

The above schedule provides time beyond that contemplated by the Local Rules for filing of opposition and reply briefs, but the parties believe that there is good cause for such extensions. The above-captioned matters present numerous complex issues and require extensive administrative records.  The proposed schedule does not affect any existing court-imposed deadlines.

April 23, 2008                                                            Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

---

[1] The schedule proposed with the parties' joint status report was extended by one month at the request of plaintiffs' counsel.

JEFFREY A. TAYLOR
U.S. Attorney for the District of Columbia

SHEILA LIEBER
Deputy Director, Federal Programs Branch


/s/
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov

*Attorneys for Defendant*

/s/
Christopher L. Keough
D.C. Bar No. 436567
VINSON & ELKINS LLP
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004-1008
(202) 639-6500 (phone)
(202) 639-6604 (fax)

*Lead Attorney for Plaintiffs in* Caritas

/s/
Christopher L. Crosswhite
D.C. Bar No. 450927
DUANE MORRIS LLP
505 9th Street, N.W., Suite 1000
Washington, DC  20004-2166
(202) 776-7846 (phone)
(202) 776-7801 (fax)

Joanne B. Erde, P.A.
DUANE MORRIS LLP
200 S. Biscayne Boulevard
Suite 3400

        Miami, FL  33131
        (305) 960-2218

        *Attorneys for Plaintiffs in* Baptist Memorial
         *and* Chippewa Valley, *Counsel for*
         *Plaintiffs in* Caritas

Case 1:07-cv-01889-RMU   Document 15   Filed 04/23/2008   Page 4 of 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CARITAS MEDICAL CENTER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-CV-01889 (RMU) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) | |

|  |  |  |
|---|---|---|
| BAPTIST MEMORIAL HOSPITAL-MISSISSIPPI COUNTY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-CV-02197 (RMU) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) | |

|  |  |  |
|---|---|---|
| CHIPPEWA VALLEY HOSPITAL & OAKVIEW CARE CENTER, INC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-CV-2329 (RMU) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

This matter is before the Court on a Joint Motion to Set a Briefing Schedule.  Upon due consideration of the parties submissions, it is hereby:

ORDERED, that the motion is GRANTED; and it is further

ORDERED, that the following schedule will govern three dockets unless altered by order of the Court: *Caritas Medical Center v. Leavitt*, No. 07-cv-1889; *Baptist Memorial Hospital - Mississippi County, Inc. v. Leavitt*, No. 07-cv-2197 ("*Baptist Memorial*"); and *Chippewa Valley Hospital & Oakview Care Center, Inc. v. Leavitt*, No. 07-cv-2329 ("*Chippewa Valley*") :

| | |
|---|---|
| June 2, 2008 | Plaintiffs will file a motion for summary judgment |
| August 4, 2008 | Defendant will file an opposition to plaintiffs' motion and a cross-motion for summary judgment. |
| September 15, 2008 | Plaintiffs will file a reply in support of its motion and an opposition to defendant's cross-motion. |
| November 3, 2008 | Defendant will file a reply in support of its cross-motion. |

Dated: _____

                                                          Ricardo M. Urbina
                                                          U.S. DISTRICT JUDGE