# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARITAS MEDICAL CENTER, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 1:07-cv-1889 (RMU) |
| ) | |
| v. ) | |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department ) | |
| of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE

Please take note that the undersigned has a new address. The updated contact information is:

Christopher L. Keough
KING & SPALDING L.L.P
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-4706
(202) 626-5451 (phone)
(202) 626-3737 (fax)
CKeough@kslaw.com

Respectfully submitted,

/s/ Christopher L. Keough
Christopher L. Keough
DC Bar No. 436567
KING & SPALDING L.L.P
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-4706
(202) 626-5451 (phone)
(202) 626-3737 (fax)

Counsel for Plaintiffs

June 6, 2008