**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CARITAS MEDICAL CENTER, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:07-CV-01889 (RMU) |

**NOTICE OF FILING OF ADMINISTRATIVE RECORDS**

Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services hereby files with this Notice the Administrative Record for this action, too voluminous to be filed on the electronic record. A paper copy and an electronic copy are being filed with the Clerk's Office. The Record includes separate records for the proceedings before the Provider Reimbursement Review Board for the *Caritas Medical Center* group of plaintiffs (6 volumes or 1 CD-ROM) and the partial rulemaking record which applies to all three actions subject to consolidated briefing (4 volumes or 1 CD-ROM). The CD-ROMs are being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

June 6, 2008        Respectfully submitted,

              GREGORY G. KATSAS
              Acting Assistant Attorney General

              JEFFREY A. TAYLOR
              U.S. Attorney for the District of Columbia

SHEILA LIEBER
Deputy Director, Federal Programs Branch


/s/
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on or about March 3, 2008, a copy of the records for the proceedings

the Provider Reimbursement Review Board for the *Caritas Medical Center* group of plaintiffs (6

volumes, 1 CD-ROM), was sent via Federal Express to:

> Christopher Keough
> VINSON & ELKINS L.L.P.
> 1455 Pennsylvania Avenue, N.W. Suite 600
> Washington, D.C. 20004-1008

On or about March 10, 2008, the partial rule-making record applicable to all three groups

of plaintiffs (4 volumes, 1 CD-ROM) was sent via Federal Express to both of the following

addresses.

> Christopher Keough
> VINSON & ELKINS L.L.P.
> 1455 Pennsylvania Avenue, N.W. Suite 600
> Washington, D.C. 20004-1008
>
> Christopher Crosswhite
> DUANE MORRIS LLP
> 505 9th Street N.W., Suite 1000
> Washington, D.C. 20004-2166

> /s/Amy E. Powell
> AMY E. POWELL

Dated: June 6, 2008